UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

ALEJANDRO COURTNEY

                        Plaintiff,

v.

1796 THIRD AVENUE ASSOCIATES LLC AND ARE THE BARBER, L.L.C.

                        Defendants.

-------------------------------------------------------------------------x

**Docket No. 1:22-cv-06795 (VEC) (JLC)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

       Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Alejandro Courtney hereby dismisses this entire action inclusive of defendants 1796 Third Avenue Associates LLC and Are The Barber, L.L.C. from the above captioned action.

Dated:  November 11, 2022
         New York, New York

**PARKER HANSKI LLC**

By:   /s_____
   Glen Parker, Esq.
   Attorneys for Plaintiff
   40 Worth Street, Suite 602
   New York, New York 10013
   Tel  (212) 248-7400
   Fax (212) 248-5600
   ghp@parkerhanski.com